WALMARK v. AMERICAN BRIDGE CO. (Circuit Court of Appeals, Seventh Circuit. October 14, 1902.) No. 899. In Error to the Circuit Court of the United States for the Northern Division of the Northern District of Illinois. Edward Maher, for plaintiff in error. Francis Lackner, Otto O. Butz, and Amos O. Miller, for defendant in error. Affirmed without opinion.

---

WARREN FEATHERBONE CO. v. DODGE. (Circuit Court of Appeals, First Circuit. November 14, 1902.) No. 453. Appeal from the Circuit Court of the United States for the District of Massachusetts. Seabury C. Mastick and Frederick L. Emery, for appellant. J. Steuart Rusk, for appellee. An agreement was filed, signed by counsel for both parties, for the dismissal of the appeal, without costs, and thereupon the court (COLT, Circuit Judge, sitting) ordered that the appeal be dismissed, without costs, and that mandate issue forthwith. See 117 Fed. 860.

---

WILD GOOSE MINING & TRADING OO. et al. v. WINTERS et al. (Circuit Court of Appeals, Ninth Circuit. September 8, 1902.) No. 783. Appeal from the District Court of the United States for the Northern Division of the District of Washington. Preston, Carr & Gilman, for appellants. Greene & Griffiths, for appellees. Upon application of counsel, cause dismissed.

---

WONG AH QUIE v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 6, 1902.) No. 759. Appeal from the District Court of the United States for the Northern District of California. Denson & Schlesinger, for appellant. Marshall B. Woodworth, U. S. Atty. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. In the face of the repeated decisions of this court, we cannot say that the judgment herein, finding that appellant was born in China, was clearly against the weight of evidence. The further question presented, as to whether or not a Chinese prostitute comes within the term "Chinese laborer," as used in the acts of congress, was decided in the affirmative in the case of Lee Ah Yin v. U. S. (O. O. A.) 116 Fed. 614. The judgment of the district court is affirmed.